IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUSTIN WALKER | CIVIL DIVISION |
| v. | NO.: 2:15-cv-00159-NIQA |
| COMMUNITY EDUCATION CENTERS, INC. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

JOEL J. KOFSKY, ESQUIRE
LAW OFFICES OF JOEL J. KOFSKY
Two Penn Center, Suite 1050
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 735-4800
kofskylaw@gmail.com
Dated: 3/4/15

*Counsel for Plaintiff*

MATTHEW H. FRY, ESQUIRE
DIORIO & SERENI, LLP
21 W. Front Street
P.O. Box 1789
Media, PA 19063
(610) 565-5700
mfry@dioriosereni.com
Dated: 3/4/15

*Counsel for Defendant*